

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Kendall Rashid Dixon, Appellant

No. 06-22-00062-CR        v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 51,880-A). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that Dixon was convicted of "Manufacture or Delivery of Substances in Penalty Group 1" in an amount of one or more but less than four grams. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Kendall Rashid Dixon, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 5, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk